**FILED**

February 05, 2025

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____ DT _____
Deputy

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § | **Case No: EP:25-CR-00198-LS** |
| **Plaintiff,** | § § | **I N D I C T M E N T** |
| **v.** | § § | **CT 1:** 8 U.S.C. § 1326(a) & (b)(1) – Illegal Re- |
| **JESUS GUTIERREZ-VILLEGAS,** | § § § | Entry |
| **Defendant.** | § § | |

THE GRAND JURY CHARGES:

## COUNT ONE

On or about January 8, 2025, in the Western District of Texas, Defendant,

**JESUS GUTIERREZ-VILLEGAS,**

an alien, who had previously been excluded, deported, and removed from the United States,

attempted to enter, entered, and was found in the United States, without having previously received

express consent to reapply for admission from the United States Attorney General and the

Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections

202(3), 202(4) and 557, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

A TRUE BILL.

██████████████████████

FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney