**FILED**

February 05, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____DT_____
Deputy Clerk

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **Case No: EP:25-CR-00198-LS** |
| **v.** | § | |
| | § | |
| | § | |
| **JESUS GUTIERREZ-VILLEGAS,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

## NOTICE OF INTENT TO SEEK INCREASED STATUTORY PENALTY

The United States Attorney hereby notifies the Defendant that the Government will seek

the increased penalties provided by Title 8, United States Code, Section 1326(a) and (b)(1).

Respectfully submitted,

JAIME ESPARZA
UNITED STATES ATTORNEY

By: _____ *for*
PATRICIA AGUAYO
Assistant United States Attorney
Texas Bar #24059359
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884